Jeremy T. Bergstrom, Esq.
Arizona Bar No. 19399
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 10-90920

Attorneys for Secured Creditor,
SYSTEMS & SERVICES TECHNOLOGIES, INC.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| RICHARD J. ZIMMER AND LINA M. ZIMMER, | Case No.: 2:10-bk-07210-SSC |
| Debtor(s). | |
| SYSTEMS & SERVICES TECHNOLOGIES, INC., | |
| Movant, | |
| vs. | |
| RICHARD J. ZIMMER AND LINA M. ZIMMER, Debtor; EDWARD J. MANEY, Trustee, | |
| Respondents. | |

## OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF

SYSTEMS & SERVICES TECHNOLOGIES, INC., Secured Creditor in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to the Confirmation of that certain Chapter 13 Plan proposed by Debtors:

1

1   This objecting Secured Creditor is the lien holder on the subject vehicle generally described as: 2002 Harley Davidson FXSTDI, VIN 1HD1JBB192Y035819.

2   Debtors propose a cram-down of Secured Creditor's Contract in Debtors' Chapter 13 Plan.

3   Debtors propose a fair market value of $8,140.00 for the subject vehicle.

4   Secured Creditor contends that the fair market value of the subject vehicle, based upon blue book analysis, is actually $8,600.00. Attached hereto as Exhibit "A" is a copy of the blue book analysis and by this reference incorporated herein.

5   Consequently, if Debtors have afforded a cram-down of Secured Creditor's Contract, the Chapter 13 Plan should reflect a fair market value for the subject vehicle of $8,600.00.

6   Debtors further propose an interest rate of 4.250% at which the value of Secured Creditor's collateral would be paid.

7   The contract rate of interest on the subject Note is 9.99%.

8   Given the disparity between the proposed interest rate and the contractual rate, Secured Creditor contends that the interest rate should be determined to be 9.99%.

9   Secured Creditor further requests the Court award Secured Creditor $250.00 in attorney's fees for the necessity of this Objection and that said fees be paid by the Debtor either through the Plan or directly to Secured Creditor prior to completion of the Plan.

## CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by Debtor be denied.

| | |
|---|---|
| 1 | WHEREFORE, Secured Creditor prays as follows: |
| 2 | (1) That confirmation of the proposed Chapter 13 Plan be denied. |
| 3 | (2) For attorney's fees and costs incurred herein. |
| 4 | (3) For such other relief as this Court deems proper. |

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: April 22, 2010    By: /s/ Jeremy T. Bergstrom, Esq.
Jeremy T. Bergstrom, Esq.
Attorney for Secured Creditor

(10-90920/objaznv.dot/sla)

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on ___April 22, 2010___, a copy of Secured Creditor's **OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF** was served by depositing a copy of same in the United States Mail, in a postage prepaid envelope, addressed to:

DEBTOR:
Richard J. Zimmer
Lina M. Zimmer
PO Box 6046
Sun City West, AZ 85376

ATTORNEY FOR DEBTOR:
Brian C. Dault
Dault & Associates PLLC
908 W. Chandler Blvd Suite D
Chandler, AZ 85225

CHAPTER 13 TRUSTEE:
Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Sara Aslinger
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

(10-90920/objaznv.dot/sla)

# Exhibit A

## 2002 HARLEY-DAVIDSON (CONT)

| MODEL | Type | Pist. Disp. CCs | S T R K | S C Y L | S P D L | Dry Wt. | Sugg List | Rough Trd-In W/S | Clean Trd-In W/S | Avg Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| XL883 HUGGER | R | 883 | 4 | 2 | 5 | 489 | 6335 | 2425 | 2705 | 2960 |
| XL883C | R | 883 | 4 | 2 | 5 | 489 | 6975 | 2555 | 2850 | 3225 |
| XL883R | R | 883 | 4 | 2 | 5 | 503 | 6695 | 2465 | 2745 | 3010 |
| VRSC V-ROD | R | 1130 | 4 | 2 | 5 | 596 | 16995 | 5595 | 6235 | 7975 |
| XL1200 | R | 1200 | 4 | 2 | 5 | 491 | 9415 | 2940 | 3275 | 3975 |
| XL1200C | R | 1200 | 4 | 2 | 5 | 491 | 9575 | 3070 | 3420 | 4400 |
| XL1200S | R | 1200 | 4 | 2 | 5 | 501 | 8875 | 3445 | 3835 | 4570 |
| FLHR ROAD KING | R | 1450 | 4 | 2 | 5 | 723 | 16450 | 7400 | 8245 | 9375 |
| FLHRCI ROAD KING CLSC | R | 1450 | 4 | 2 | 5 | 710 | 17545 | 7525 | 8385 | 9785 |
| FLHRI ROAD KING | R | 1450 | 4 | 2 | 5 | 723 | 17050 | 7775 | 8665 | 9475 |
| FLHT ELEC GLIDE | R | 1450 | 4 | 2 | 5 | 758 | 13895 | 6700 | 7465 | 7945 |
| FLHTC ELEC GLIDE CLSC | R | 1450 | 4 | 2 | 5 | 776 | 17030 | 7940 | 8850 | 9395 |
| FLHTCI ELEC GLIDE CLSC | R | 1450 | 4 | 2 | 5 | 776 | 17630 | 8360 | 9315 | 10070 |
| FLHTCUI UL CLSC EL GLIDE | R | 1450 | 4 | 2 | 5 | 788 | 19995 | 8605 | 9590 | 11435 |
| FLSTC HERITAGE SFTL CLSC | R | 1450 | 4 | 2 | 5 | 696 | 17140 | 7465 | 8320 | 8785 |
| FLSTCI HERITAGE SFTL CLSC | R | 1450 | 4 | 2 | 5 | 696 | 17740 | 7595 | 8465 | 9075 |
| FLSTF FAT BOY | R | 1450 | 4 | 2 | 5 | 666 | 16380 | 7620 | 8490 | 9530 |
| FLSTFI FAT BOY | R | 1450 | 4 | 2 | 5 | 666 | 16960 | 7755 | 8640 | 9940 |
| FLSTS HERITAGE SPRINGER | R | 1450 | 4 | 2 | 5 | 717 | 17880 | 8450 | 9420 | 10285 |
| FLSTSI HERITAGE SPRINGER | R | 1450 | 4 | 2 | 5 | 717 | 18480 | 8955 | 9980 | 10905 |
| FLTR ROAD GLIDE | R | 1450 | 4 | 2 | 5 | 731 | 16400 | 6650 | 7410 | 9190 |
| FLTRI ROAD GLIDE | R | 1450 | 4 | 2 | 5 | 731 | 17000 | 6705 | 7475 | 9720 |
| FXD DYNA SUPER GLIDE | R | 1450 | 4 | 2 | 5 | 612 | 12135 | 4685 | 5225 | 5880 |
| FXDL DYNA LOW RIDER | R | 1450 | 4 | 2 | 5 | 612 | 15380 | 5695 | 6345 | 7540 |
| FXDWG DYNA WIDE GLIDE | R | 1450 | 4 | 2 | 5 | 614 | 16535 | 5950 | 6630 | 8275 |
| FXDWG3 | R | 1450 | 4 | 2 | 5 | 648 | 22995 | 8575 | 9555 | 10710 |
| FXDX DYNA SUPER GLD SPORT | R | 1450 | 4 | 2 | 5 | 620 | 14135 | 5810 | 6475 | 7210 |
| FXDXT SUPER GLD T-SPORT | R | 1450 | 4 | 2 | 5 | 642 | 15135 | 6080 | 6775 | 7550 |
| FXST SOFTAIL | R | 1450 | 4 | 2 | 5 | 629 | 13235 | 5860 | 6535 | 7640 |
| FXSTB NIGHT TRAIN | R | 1450 | 4 | 2 | 5 | 630 | 15190 | 6200 | 6910 | 8085 |
| FXSTBI NIGHT TRAIN | R | 1450 | 4 | 2 | 5 | 630 | 15790 | 6570 | 7320 | 8450 |
| FXSTD SOFTAIL DEUCE | R | 1450 | 4 | 2 | 5 | 653 | 17140 | 7300 | 8135 | 9205 |
| FXSTDI SOFTAIL DEUCE | R | 1450 | 4 | 2 | 5 | 653 | 17740 | 7550 | 8415 | 9650 |
| FXSTI SOFTAIL | R | 1450 | 4 | 2 | 5 | 629 | 13835 | 6460 | 7205 | 7795 |
| FXSTS SPRINGER SOFTAIL | R | 1450 | 4 | 2 | 5 | 645 | 16560 | 6680 | 7445 | 8490 |
| FXSTSI SPRINGER SOFTAIL | R | 1450 | 4 | 2 | 5 | 645 | 17180 | 6815 | 7595 | 8690 |
| FLHRSEI SCREAMIN' EAGLE | R | 1550 | 4 | 2 | 5 | 741 | 24995 | 10790 | 12030 | 12865 |

## - 2001 -

| MODEL | Type | Pist. Disp. CCs | S T R K | S C Y L | S P D L | Dry Wt. | Sugg List | Rough Trd-In W/S | Clean Trd-In W/S | Avg Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| XL883 | R | 883 | 4 | 2 | 5 | 489 | 5775 | 2145 | 2395 | 2590 |

## 2001 HARLEY-DAVIDSON (CONT)

| MODEL | Type | Pist. Disp. CCs | S T R K | S C Y L | S P D L | Dry Wt. | Sugg List | Rough Trd-In W/S | Clean Trd-In W/S | Avg Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| XL883 HUGGER | R | 883 | 4 | 2 | 5 | 488 | 6235 | 2245 | 2500 | 2835 |
| XL883C | R | 883 | 4 | 2 | 5 | 489 | 6875 | 2430 | 2710 | 3075 |
| XL1200 | R | 1200 | 4 | 2 | 5 | 491 | 8315 | 2705 | 3015 | 3690 |
| XL1200C | R | 1200 | 4 | 2 | 5 | 491 | 9415 | 2905 | 3240 | 4075 |
| XL1200S | R | 1200 | 4 | 2 | 5 | 501 | 8775 | 3270 | 3645 | 4250 |
| FLHR ROAD KING | R | 1450 | 4 | 2 | 5 | 723 | 16180 | 6790 | 7565 | 8705 |
| FLHRCI ROAD KING CLSC | R | 1450 | 4 | 2 | 5 | 710 | 17245 | 6980 | 7780 | 9315 |
| FLHRI ROAD KING | R | 1450 | 4 | 2 | 5 | 723 | 16980 | 7175 | 7995 | 8865 |
| FLHT ELEC GLIDE | R | 1450 | 4 | 2 | 5 | 758 | 13595 | 6220 | 6935 | 7420 |
| FLHTC ELEC GLIDE CLSC | R | 1450 | 4 | 2 | 5 | 776 | 16750 | 7255 | 8085 | 8745 |
| FLHTCI ELEC GLIDE CLSC | R | 1450 | 4 | 2 | 5 | 776 | 17550 | 7790 | 8685 | 9435 |
| FLHTCUI UL CLSC EL GLIDE | R | 1450 | 4 | 2 | 5 | 788 | 19790 | 8240 | 9180 | 10910 |
| FLSTC HERITAGE SFTL CLSC | R | 1450 | 4 | 2 | 5 | 696 | 16820 | 7300 | 8135 | 9520 |
| FLSTCI HERITAGE SFTL CLSC | R | 1450 | 4 | 2 | 5 | 696 | 17620 | 7360 | 8205 | 9515 |
| FLSTF FAT BOY | R | 1450 | 4 | 2 | 5 | 666 | 16080 | 7335 | 8175 | 9300 |
| FLSTFI FAT BOY | R | 1450 | 4 | 2 | 5 | 666 | 16880 | 7435 | 8290 | 9630 |
| FLSTS HERITAGE SPRINGER | R | 1450 | 4 | 2 | 5 | 717 | 17545 | 7890 | 8790 | — |
| FLSTSI HERITAGE SPRINGER | R | 1450 | 4 | 2 | 5 | 717 | 18345 | 8325 | 9280 | 10— |
| FLTR ROAD GLIDE | R | 1450 | 4 | 2 | 5 | 731 | 16120 | 6555 | 7305 | 87— |
| FLTRI ROAD GLIDE | R | 1450 | 4 | 2 | 5 | 731 | 16920 | 6570 | 7320 | 9180 |
| FXD DYNA SUPER GLIDE | R | 1450 | 4 | 2 | 5 | 612 | 11710 | 4525 | 5040 | 5595 |
| FXDL DYNA LOW RIDER | R | 1450 | 4 | 2 | 5 | 614 | 15180 | 5250 | 5860 | 7210 |
| FXDWG DYNA WIDE GLIDE | R | 1450 | 4 | 2 | 5 | 612 | 16280 | 5545 | 6180 | 7660 |
| FXDWG2 | R | 1450 | 4 | 2 | 5 | 660 | 21995 | 8405 | 9370 | 9975 |
| FXDX DYNA SUPER GLD SPORT | R | 1450 | 4 | 2 | 5 | 619 | 13960 | 5370 | 5985 | 6720 |
| FXDXT SUPER GLD T-SPORT | R | 1450 | 4 | 2 | 5 | 642 | 14960 | 5620 | 6265 | 6980 |
| FXST SOFTAIL | R | 1450 | 4 | 2 | 5 | 629 | 12275 | 5655 | 6305 | 6915 |
| FXSTB NIGHT TRAIN | R | 1450 | 4 | 2 | 5 | 630 | 14875 | 6075 | 6770 | 7595 |
| FXSTBI NIGHT TRAIN | R | 1450 | 4 | 2 | 5 | 630 | 15675 | 6435 | 7170 | 7970 |
| FXSTD SOFTAIL DEUCE | R | 1450 | 4 | 2 | 5 | 645 | 16820 | 7160 | 7980 | 8770 |
| FXSTDI SOFTAIL DEUCE | R | 1450 | 4 | 2 | 5 | 645 | 17620 | 7335 | 8175 | 8925 |
| FXSTI SOFTAIL | R | 1450 | 4 | 2 | 5 | 629 | 13575 | 6090 | 6785 | 7295 |
| FXSTS SPRINGER SOFTAIL | R | 1450 | 4 | 2 | 5 | 653 | 16275 | 6505 | 7250 | 7920 |
| FXSTSI SPRINGER SOFTAIL | R | 1450 | 4 | 2 | 5 | 653 | 17075 | 6760 | 7535 | 8320 |
| FLTRSEI2 SCREAMIN' EAGLE | R | 1550 | 4 | 2 | 5 | 804 | 23995 | 10025 | 11170 | 12120 |

## - 2000 -

| MODEL | Type | Pist. Disp. CCs | S T R K | S C Y L | S P D L | Dry Wt. | Sugg List | Rough Trd-In W/S | Clean Trd-In W/S | Avg Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| XL883 | R | 883 | 4 | 2 | 5 | 489 | 5525 | 2020 | 2250 | 2355 |

Case 2:10-bk-07210-SSC    Doc 14    Filed 04/22/10    Entered 04/22/10 13:52:49    Desc
Main Document    Page 6 of 6